```
              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF OHIO
```

| | | |
|---|---|---|
| DOUGLAS CLAY OSBORNE, | ) | CASE NO. 1:07 CV 1146 |
| | ) | |
| Petitioner, | ) | JUDGE KATHLEEN M. O'MALLEY |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| STUART HUDSON, | ) | AND ORDER |
| | ) | |
| Respondent. | ) | |

On April 19, 2007, petitioner pro se Douglas Clay Osborne filed the above-captioned habeas corpus action under 28 U.S.C. § 2241. Osborne is incarcerated at the Mansfield Correctional Institution, having been convicted of an offense or offenses not specified in the petition. For the reasons stated below, the petition is denied and this action is dismissed.

As grounds for the petition, Osborne asserts, in essence, that he is a "Sovereign American-Man" and Ohio is a "Foreign STATE" which lacked jurisdiction to prosecute him. This assertion is patently without merit.

Accordingly, the petition is denied and this action is dismissed pursuant to 28 U.S.C. § 2243. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a), that an appeal from

this decision could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253.

      IT IS SO ORDERED.

                                      s/ Kathleen M. O'Malley
                                      KATHLEEN M. O'MALLEY
                                      UNITED STATES DISTRICT JUDGE
DATED: June 26, 2007