```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
```

DOUGLAS CLAY OSBORNE,       )    CASE NO. 1:07 CV 1146
                            )
    Petitioner,             )    JUDGE KATHLEEN M. O'MALLEY
                            )
    v.                      )
                            )    JUDGMENT ENTRY
STUART HUDSON,              )
                            )
    Respondent.             )

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 2243. Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

                                    s/ Kathleen M. O'Malley
                                    KATHLEEN M. O'MALLEY
                                    UNITED STATES DISTRICT JUDGE

DATED: June 26, 2007